## Notice Recipients

District/Off: 0756−2 | User: cweldele | Date Created: 4/21/2014
Case: 09−80537−FJO−13 | Form ID: ntctrc | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
9139317   HSBC Bank Nevada, N.A.   eCAST Settlement Corporation   c/o Bass &Associates, P.C.   3936 E. Ft. Lowell Road, Suite #200   Tucson, AZ 85712

TOTAL: 1